1140

No. 98–773. Consolidated Freightways Corporation of Delaware v. Schoonover. C. A. 6th Cir. Certiorari denied. Reported below: No. 98–744, 147 F. 3d 492; No. 98–773, 49 F. 3d 219 and 147 F. 3d 492.

No. 98–746. Nationwide Mutual Insurance Co. v. Insurance Company of North America et al. C. A. 6th Cir. Certiorari denied.

No. 98–752. Department of Environmental Protection of Florida v. Bouchard Transportation Co. et al. C. A. 11th Cir. Certiorari denied.

No. 98–753. Exxon Chemical Patents, Inc. v. Dow Chemical Co. C. A. Fed. Cir. Certiorari denied.

No. 98–756. Dial Service International, Inc., et al. v. Kim. C. A. 2d Cir. Certiorari denied.

No. 98–758. Fickling et al. v. Herman, Secretary of Labor; and
No. 98–762. South Carolina National Bank v. Herman, Secretary of Labor. C. A. 11th Cir. Certiorari denied. Reported below: 140 F. 3d 1413.

No. 98–759. City of Chicago v. Yang. C. A. 7th Cir. Certiorari denied.

No. 98–777. City of Southfield et al. v. Reese. C. A. 6th Cir. Certiorari denied.

No. 98–794. Estate of Mueller, Deceased, et al. v. Commissioner of Internal Revenue. C. A. 6th Cir. Certiorari denied.

No. 98–810. Kottle v. Northwest Kidney Centers. C. A. 9th Cir. Certiorari denied.

No. 98–834. Planned Parenthood of the Blue Ridge et al. v. Camblos, in His Official Capacity as Commonwealth's Attorney, County of Albemarle. C. A. 4th Cir. Certiorari denied.